171 A.3d 1259

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CONOR R. MAHONEY, DEFENDANT-PETITIONER.

C–226 Sept.Term 2017
079466

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003251–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.